# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 15, 2014 |
| Court Reporter: Janet Coppock | Time: 2 hours and 42 minutes |

**CASE NO. 14-cv-02651-PAB-CBS**

| Parties | Counsel |
|---|---|
| **RAMONA SMITH,** | Pro Se |
| Plaintiff, | |
| vs. | |
| **CHEYENNE MOUNTAIN SCHOOL DISTRICT 12,** | William Kelly Dude |
| Defendant. | |

## HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

**1:32 p.m.**    **COURT IN SESSION**

APPEARANCES OF COUNSEL for the defendant.

**Plaintiff's Verified Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 5]**

Discussion regarding how the parties wish to proceed.

**ORDERED:**  Plaintiff's Motion in Limine [Docket No. 16], is **DENIED**.

**1:39 p.m.**    Opening statement by Ms. Smith.

Page Two
14-cv-02651-PAB-CBS
October 15, 2014

**1:41 p.m.**     Opening statement by Mr. Dude.

**1:48 p.m.**     Direct examination of Ms. Smith.

Plaintiff's **exhibits 1, 2, 3, 4, 5, and 6** identified, offered and ADMITTED for purposes of these proceedings.

**1:55 p.m.**     Cross examination by Mr. Dude.

**2:15 p.m.**     Redirect examination of Ms. Smith.

Defendant's exhibits A and B identified, offered and ADMITTED for purposes of these proceedings and the Court takes judicial notice of those exhibits.

**2:19 p.m.**     Direct examination of defendant's witness Karen Higgins by Mr. Dude.

**2:29 p.m.**     Cross examination by Ms. Smith.

Witness is excused.

**2:40 p.m.**     Direct examination of defendant's witness Sterling Ward Barr by Mr. Dude.

**2:44 p.m.**     Cross examination by Ms. Smith.

**2:55 p.m.**     Redirect examination by Mr. Dude.

Witness is excused.

Defendant's **exhibits 1, 2, and 3** (attached to Docket No. 11] are identified, offered and ADMITTED for purposes of these proceedings, and over objection by Ms. Smith.

**3:00 p.m.     COURT IN RECESS**

**3:17 p.m.     COURT IN SESSION**

**ORDERED:**  With no objections by the parties, the Court will convert this hearing to a preliminary injunction hearing.

**3:18 p.m.**     Argument by Ms. Smith.  Questions by the Court.

**3:28 p.m.**     Argument by Mr. Dude.  Questions by the Court.

Page Three
14-cv-02651-PAB-CBS
October 15, 2014

**3:43 p.m.**     Rebuttal argument by Ms. Smith.

**3:48 p.m.**     **COURT IN RECESS**

**4:05 p.m.**     **COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:**  Plaintiff's Verified Motion for Preliminary Injunction [Docket No. 5], is **GRANTED**.  Written order shall issue.

**4:48 p.m.**     **COURT IN RECESS**

**Total in court time:**     162 minutes

**Hearing concluded**